**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JORGE L. NIEBLA,

      Plaintiff,

vs.                             CASE NO. 5:08cv270/RS-EMT

INSTITUTIONAL CLASSIFICATION
TEAM,

      Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of this court.

3.    The clerk is directed to close the file.

**ORDERED** on December 9, 2008.


                         /S/ Richard Smoak_____
                         **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**